People of the State of Illinois ex rel. John S. Rusch, Appellee, v. Sidney Brill et al., Appellants.

Gen. No. 41,111.

opinion filed February 26, 1941. Simon Herr and Mayer Goldberg, for appellants; Thomas J. Courtney, State's Attorney, for appellee; John F. Cashen, Jr., of counsel. Opinion by JUSTICE BURKE. "Not to be published in full."